UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 2:19-mj-10

        Plaintiff,                    Hon. Maarten Vermaat
                                             U.S. Magistrate Judge

v.

ROBERT THOMAS CECHINI.

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on June 28, 2019.

For reasons stated on the record:

IT IS HEREBY ORDERED that Defendant be detained pending further proceedings in this matter.

Defendant may request a hearing on the issue of detention at a later date.

IT IS ORDERED.


Date: June 28, 2019                    /s/ *Maarten Vermaat*
                                                      MAARTEN VERMAAT
                                                      U.S. MAGISTRATE JUDGE